**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY SANTANA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 26-4661** |
| | : | |
| **BLANK ROME LLP** | : | |

# ORDER

**AND NOW**, this 6th day of July 2026, upon reviewing the Complaint (ECF 1) invoking our subject matter jurisdiction based on the Class Action Fairness Act without pleading the parties' diverse citizenship, and for good cause consistent with our independent obligation to diligently ensure subject matter jurisdiction, it is **ORDERED** Plaintiff is granted leave to, no later than **July 10, 2026**: (1) voluntarily dismiss without prejudice; (2) file an amended Complaint properly pleading the parties' citizenship; or (3) show cause in memoranda not exceeding seven pages as to why we should not dismiss the Complaint (ECF 1 at 3) for lack of subject matter jurisdiction.[1]

KEARNEY, J.

---

[1] Anthony Santana invokes our subject matter jurisdiction under Congress's grant of subject matter jurisdiction over "any civil action in which the matter in controversy exceeds the sum or value of $5,000,000…and is a class action in which – (A) any member of a class of plaintiffs is a citizen of a State different from any defendant; …" 28 U.S.C. § 1332(d)(2). The burden is on Mr. Santana as the party asserting jurisdiction to show "at all stages of the litigation the case is properly before the federal court." *Samuel-Bassett v. KIA Motors America, Inc.*, 357 F.3d 392, 396 (3d Cir. 2004).

"[T]he citizenship of an LLC [or other unincorporated entity] is determined by the citizenship of its members." *Zambelli Fireworks Mfg. Co. v. Wood*, 592 F.3d 412, 420 (3d Cir. 2010). Where a partnership or LLC has, as one of its members, another LLC or partnership, "the citizenship of unincorporated associations must be traced through however many layers of partners or members there may be" to determine the citizenship of the LLC or partnership. *Id.* at 420 (citing *Hart v. Terminex Int'l*, 336 F.3d 541, 543 (7th Cir. 2003)). The citizenship of a limited partnership is the citizenship of all its partners including its limited partners for purposes of diversity. *Peace Church*

*Risk Retention Grp. v. Johnson Controls Fire Protection LP*, 49 F.4th 866, 870 (3d Cir. 2022) (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195–96 (1990)).

Mr. Santana pleads Blank Rome LLP "is a limited liability general partnership formed under the laws of Pennsylvania and with its principal place of business at One Logan Square, 130 North 18th Street, Philadelphia, PA 19103-6998." ECF 1 ¶ 11. We cannot determine the citizenship of Blank Rome LLP without knowing the citizenship of each of its members.

We have no present basis to find the parties are diverse to invoke our limited subject matter jurisdiction.