**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTHONY SANTANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLANK ROME LLP,<br><br>Defendant. | Case No.: 2:26-cv-04661-MAK |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, ANTHONY SANTANA ("Plaintiff"), by and through the undersigned counsel, hereby gives notice that he is voluntarily dismissing his individual claims against the Defendant, BLANK ROME LLP, without prejudice.

Dated: July 21, 2026

Respectfully Submitted,

*/s/ Kenneth Grunfeld* __________
Kenneth Grunfeld
PA Bar # 84121
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004
Tel: (954) 525-3200
grunfeld@kolawyers.com

Mariya Weekes (*pro hac vice* forthcoming)
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
mweekes@milberg.com

Daniel Srourian, Esq. (*pro hac vice* forthcoming)
**SROURIAN LAW FIRM, P.C.**

468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ Kenneth Grunfeld* __________
Kenneth Grunfeld