**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY SANTANA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-4661** |
| | : | |
| **BLANK ROME LLP** | : | |

# ORDER

**AND NOW**, this 21st day of July 2026, upon considering Plaintiff's Notice of voluntary dismissal (ECF 13), it is **ORDERED**:

1. This action is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i); and,

2. The Clerk of Court shall **close** this case.

**KEARNEY, J.**